Jesse W. Coleman et al., appellees, v. Clyde F. Swanson et al., appellants.  Gen. No. 39,585.

Opinion filed December 15, 1937.

Earl B. Dickerson, for appellants.  No appearance for appellees.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Lammert and Mann Company, appellee, v. Individual Towel and Cabinet Service Company, appellant.  Gen. No. 39,353.

Opinion filed December 15, 1937.

Hector A. Brouillet, for appellant; Abraham Miller, of counsel.  Loesch, Scofield, Loesch & Burke, for appellee; Clement L. Harrell, of counsel.

Mr. Justice Hall delivered the opinion of the court.

City of Chicago, appellee, v. Myron S. Willens, appellant.  Gen. No. 39,414.

Opinion filed December 15, 1937.

Levinson & Levinson, for appellant.  Barnet Hodes, Corporation Counsel, for appellee; Joseph F. Grossman, First Assistant Corporation Counsel, Alexander J. Resa and Arthur Chittick, Assistant Corporation Counsel, of counsel.

Mr. Justice Hall delivered the opinion of the court.

Morton Kallis, appellee, v. Universal Guide Corporation, defendant below.  Sol D. Golby and John N. Vogelsang, appellants.  Gen. No. 39,467.

Opinion filed December 15, 1937.

Benjamin J. Schultz and Wind & Wind, for appellants; Benjamin J. Schultz, of counsel.  Albert B. Fritzshall, for appellee.

Mr. Justice Hall delivered the opinion of the court.